

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00216-CR

| | | |
|---|---|---|
| OCTAVIA SINGLETARY, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1456609) |
| V. | § | March 27, 2025 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the State's "Second Amended Petition to Proceed to Adjudication" was the live pleading that was considered. We delete the fines not orally pronounced during sentencing, and we delete the attorney's fees of $450 from the bill of costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel